IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DECKER, | No. 2:16-cv-1736-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JULIE FORD, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, all pending motions are denied as moot. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: July 27, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1